

K. Elizabeth Swan
Board Certified, Civil Appellate Law
Texas Board of Legal Specialization

9201 N. Central Expressway
Fourth Floor
Dallas, Texas 75231
(214) 780-1400 (Main)
(214) 780-1401 (Fax)
eswan@shackelford.law

ACCEPTED
15-25-00224-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/7/2026 2:57 PM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/7/2026 2:57:09 PM
CHRISTOPHER A. PRINE
Clerk

January 7, 2026

***Via E-Filing:***

Mr. Christopher A. Prine
Clerk of Court, Fifteenth Court of Appeals
William P. Clements Building
300 West 15th Street, Suite 607
Austin, Texas 78701

> RE:  **Request for copy of *In Camera* portion of Clerk's Record**
> **Court of Appeals Number: 15-25-00224-CV; Fifteenth Court of Appeals**
> ***Karl Drusch and TrueAero, LLC v. Stratton Borchers***
> **Trial Court Case Number: 25-BC08B-0021**

Dear Mr. Prine:

Appellants would like to request copies of the "in camera documents" delivered with the supplemental clerk's record, as referenced in the Court's December 16, 2025 notice to counsel. Please let us know how we can access copies of these records, and advise of any further action you need from us.

Thank you for your attention to this matter.

Sincerely,

SHACKELFORD, MCKINLEY & NORTON, LLP

K. Elizabeth Swan

cc.  Counsel for Appellee, via E-Serve.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosa Balderas on behalf of Kathleen Swan
Bar No. 24071218
rbalderas@shackelford.law
Envelope ID: 109771394
Filing Code Description: Letter
Filing Description: Appellants Ltr Req
Status as of 1/7/2026 3:11 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joshua Bennett | | jjbennett@bakerlaw.com | 1/7/2026 2:57:09 PM | SENT |
| Karina Loya | | kloya@bakerlaw.com | 1/7/2026 2:57:09 PM | SENT |
| Carla Dennis | | cdennis@bakerlaw.com | 1/7/2026 2:57:09 PM | SENT |
| K. Elizabeth Swan | | eswan@shackelford.law | 1/7/2026 2:57:09 PM | SENT |
| Timothy D.Zeiger | | tzeiger@shackelford.law | 1/7/2026 2:57:09 PM | SENT |
| Lucas Peterson | | lpeterson@shackelford.law | 1/7/2026 2:57:09 PM | SENT |
| Matthew Motes | | mmotes@shackelford.law | 1/7/2026 2:57:09 PM | SENT |
| Mary Willhite | | mwillhite@shackelford.law | 1/7/2026 2:57:09 PM | SENT |
| Jeremy  B.Kustoff | | jkustoff@bakerlaw.com | 1/7/2026 2:57:09 PM | SENT |
| Tyler G.Doyle | | tgdoyle@bakerlaw.com | 1/7/2026 2:57:09 PM | SENT |
| Jennifer R.DeVlugt | | jdevlugt@bakerlaw.com | 1/7/2026 2:57:09 PM | SENT |